FILED
CLERK, U.S. DISTRICT COURT

JUL 27 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___AF___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>ROXANA GUERRERO<br><br>       Defendant. | 12-1681-M<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release)<br>Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

   (A)   (X)   the appearance of defendant as required; and/or

   (B)   ( )   the safety of any person or the community.

//
//

The court concludes:

A.  (X)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_She will refrain from drug use. Also, no adequate sureties for bond._

(B)  (X)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_She will refrain from drug use. No adequate sureties for bond_

IT IS ORDERED that defendant be detained.

DATED: 7/27/12

_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2